O. P. WOODCOCK, *et al.*, Appellants, v. LEON J. C. HARTON, Appellee.

200 So. 372
Division A
Opinion Filed January 31, 1941
Rehearing Denied March 4, 1941

*Millard B. Conklin,* for Appellants;

*Leon J. C. Harton,* for Appellee.

PER CURIAM.—Appeal brings for review final decree of foreclosure and previous interlocutory orders in a suit to foreclose a State and county tax sale certificate.

No new or novel questions are presented.

No reversible error appearing in the record, the decree should be affirmed on authority of the opinion and judgment

in Pershing Hotel Co., Inc., v. Stark, 123 Fla. 26, 165 Sou. 897; Burns, *et al.*, v. Campbell, 131 Fla. 630, 180 Sou. 46, and Inter-City Security Co., et al., v. Barbee, 106 Fla. 671, 143 Sou. 791.

It is so ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.